2007R01416/TRC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| | | Criminal No. 08-779-1 |
| v. | : | |
| ANTOINE DOBSON, a/k/a "Ant" | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses Count Six of the Superseding Indictment, Criminal No. 08-779-1, against defendant Antoine Dobson, charging the defendant with perjury in violation of Title 18, United States Code, Section 1623(a), because prosecution of this count is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
Ralph J. Marra, Jr.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. PETER G. SHERIDAN
United States District Judge

Dated: June 1~, 2009