FEDERAL PUBLIC DEFENDER
DISTRICT OF NEW JERSEY

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

RICHARD COUGHLIN
FEDERAL PUBLIC DEFENDER

CHESTER M. KELLER
FIRST ASSISTANT

July 15, 2009

Honorable Peter G. Sheridan
United States District Judge
United States Courthouse
402 East State Street
Trenton, NJ 08609

Re: <u>United States v. Antoine Dobson, Crim. No. 08-779-001 (PGS)</u>

Dear Judge Sheridan:

Your Honor reserved decision on the Rule 29 motion that was made by defense counsel during the trial in the above-captioned case. Undersigned counsel submits this letter to request the opportunity to submit supplemental briefing on the Rule 29 motion. Undersigned counsel has conferred with the government, which objects to further briefing. If Your Honor is inclined to allow for supplemental briefing, undersigned counsel respectfully requests that Your Honor allow at least two weeks for the submission because of scheduling conflicts.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

/s/Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender

cc: Tom Calcagni, AUSA
Zahid Quraishi, AUSA
Antoine Dobson

800-840 Cooper Street, Ste. 350, Camden, New Jersey 08102 (856) 757-5341

22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton, New Jersey 08609 (609) 989-2160