# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 08-779-1 (PGS) |
| v. | : | |
| | : | |
| ANTOINE DOBSON | : | **ORDER** |
| | : | |
| Defendant | : | |

This matter having come before the Court on motions by Defendant, Antoine Dobson, for judgment of acquittal pursuant to Fed. R. Crim. P. 29; and the Court having reviewed the submissions by the parties, and having heard oral argument; for the reasons set forth on the record, and for good cause shown,

IT IS, on this 12 day of August, 2009,

ORDERED that Defendant's motion that a judgment of acquittal be entered as to all counts of the Superseding Indictment is denied; and it is further

ORDERED that Defendant's motion that a judgment of acquittal be entered as to Count One of the Superseding Indictment is denied; and it is further

ORDERED that Defendant's motion that a judgment of acquittal be entered as to Count Five of the Superseding Indictment is granted; and it is further

ORDERED that the jury's verdict as to Count Five be and hereby is vacated, and judgment of acquittal as to Count Five is entered.

August 12, 2009

_____
PETER G. SHERIDAN, U.S.D.J.